IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TRACY LEONARD BROWN,** | ) | Civil Action No. 7:16cv00226 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| **WYTHEVILLE POLICE** | ) | |
| **DEPARTMENT,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Brown's complaint filed pursuant to 42 U.S.C § 1983 is **DISMISSED without prejudice** pursuant to 42 U.S.C. § 1997e(c)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 15th day of June, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE